PONEMONE BROS., INC., Respondent, v. JAMES A. KELLY, Appellant.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CERTOMA, Appellant.— Judgment of conviction by the County Court of Kings county affirmed.    No opinion.    Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PRESSLER, Appellant.— Judgment of conviction by the County Court of Kings county affirmed.    No opinion.    Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

ROSANNA ROSENFELD, Respondent, v. SELMA MINTZER, Defendant, Impleaded with PONEMONE BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to plead over within twenty days upon payment of such costs and the costs in the court below.    No opinion.    Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

WARREN GORDON LIGHTERAGE, INC., Respondent, v. WILLIAM A. JAMISON and Others, Doing Business under the Name of ARBUCKLE BROTHERS, Appellants, Impleaded with FRANK A. LAWRENCE, Defendant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ROBERT WEST, an Infant, etc., by LULU WEST, His Guardian ad LITEM, Appellant, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Respondent.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

WILLIAM BLATH, INCORPORATED, Respondent, v. IRVING W. YOUNG, Appellant.— Final order of the County Court of Westchester county reversed, with costs, and the petition unanimously dismissed, with costs.    The proof shows that Danner was authorized by plaintiff to make on his behalf with the defendant the precise agreement which Danner by the receipt of June 4, 1919, attempted to make.    There is no proof that thereafter defendant refused to execute any lease tendered by plaintiff.    Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

J. HERMON McLEAR, Respondent, v. JOSEPH BALMAT and Others, Appellants.— Motion denied upon condition that the defendant Northern Ore Company within five days file an undertaking executed by a surety company that it will pay all costs and damages which may be awarded. against it on this appeal, and that it will not commit or suffer waste, and that it will pay the value of the use and occupation of the premises involved in this action, not exceeding the sum of $5,000.    Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.